In the Matter of BARBARA F. BERLIN, Respondent, v. JOSEPH G. BERLIN, Appellant.

880

Brennan, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.